RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Michael McCreedy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL MCCREEDY,<br><br>          Defendant. | Case No. 2:19-cr-00143-RFB-VCF<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Michael McCreedy, that the Court modify his conditions of release:

    1.    When Mr. McCreedy was ordered released in May of 2020, one of his conditions of release was that "[t]he defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Service or the supervising officer within 48 hours of release." Mr. McCreedy has done his best to comply with this condition by notifying the issuing agency of his lost passport. However, he was told the missing passport is so old, no further

action need be taken on his part. Accordingly, the parties respectfully request that this condition be removed from Mr. McCreedy's conditions of pretrial release.

      2.      Pretrial Officer Samira Barlow concurs with the need for this modification.

      3.      The parties agree to the stipulation.

This is the first stipulation to modify conditions of release filed herein.

DATED this 3rd day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCCREEDY,<br><br>　　　　Defendant. | Case No. 2:19-cr-00143-RFB-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that Mr. McCreedy's conditions of release be modified to remove the condition that he "report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Service or the supervising officer within 48 hours of release."

　　　DATED this  4th  day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE