# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MCCREEDY,<br><br>    Defendant. | 2:19-CR-143-RFB-VCF<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), (3)(B) with 28 U.S.C. § 2461(c); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(a)(2) based upon the plea of guilty by Michael McCreedy to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which Michael McCreedy pled guilty. Criminal Indictment, ECF No. 14; Plea Agreement, ECF No. 62; Change of Plea, ECF No. 63; Preliminary Order of Forfeiture, ECF No. 68.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 11, 2021, through August 9, 2021, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 70-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 71.

On July 21, 2021, the United States Attorney's Office served Bryant Vaughn by regular and certified return receipt mail in Chicago, IL with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 71-1, p. 3, 5-7, 9-11, 13-14.

On July 21, 2021, the United States Attorney's Office served Bryant Vaughn by regular and certified return receipt mail in North Las Vegas, NV with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 71-1, p. 3, 5-7, 9-11, 15-16.

On July 21, 2021, the United States Attorney's Office attempted to serve Chante Vaughn by regular and certified return receipt mail in North Las Vegas, NV 89031-3722 with the Preliminary Order of Forfeiture and the Notice. The regular mail was returned as attempted, not known. The Certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 71-1, p. 3, 5-7, 9-11, 17-19.

On July 21, 2021, the United States Attorney's Office served and attempted to serve Chante Vaughn by regular and certified return receipt mail in North Las Vegas, NV 89032-6023 with the Preliminary Order of Forfeiture and the Notice. The regular mail has not been returned. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 71-1, p. 3, 5-7, 9-11, 20-22.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

/ / /

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), (3)(B) with 28 U.S.C. § 2461(c); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Walther P22, .22 caliber semi-automatic firearm, bearing serial number WA113761; and
2. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __October 27_____, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3